[No. 5793–1. Division One. December 11, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME STEVEN TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81024, Frank H. Roberts, Jr., J., entered July 7, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Ringold, JJ.

[No. 5888–1. Division One. December 11, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON LAUTENBACH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 53535, Marshall Forrest, J., entered July 29, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.

[No. 5983–1. Division One. December 11, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN EARL HUELETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80661, Stanley C. Soderland, J., entered August 1, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by James and Dore. JJ.